NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Forziano v. Independent Group Home Living _____ Docket No.: 14-1147 _____

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Anne C. Leahey

Firm: Devitt Spellman Barrett, LLP

Address: 50 Route 111, Smithtown, New York 11787

Telephone: 631-724-8833 _____ Fax: 631-724-8010

E-mail: a.leahey@devittspellmanlaw.com

Appearance for: Independent Group Home Living Program, Inc./Defendant-Appellee
(party/designation)

Select One:
☑ Substitute counsel (replacing lead counsel: Jeltje deJong/Devitt Spellman Barrett, LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on September 1, 2010 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Anne C. Leahey