# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand and fourteen.

Before:     Ralph K. Winter,
            *Circuit Judge,*

_____

Frank Forziano, Roseann Forziano, as parents and Article 17A Co-Guardians of Paul Forziano, Norman Samuels, Bonnie Samuels, as parents and Article 17A Co-Guardians of Hava Forziano, Paul Forziano, Hava Samuels,

    Plaintiffs - Appellants,

v.

Independent Group Home Living Program, Inc., Maryhaven Center of Hope, Inc., Courtney Burke, sued herein in her official capacity as the Commissioner of the New York States Office of Persons with Developmental Disabilities, State of New York,

    Defendants - Appellees.

**ORDER**
Docket No. 14-1147

_____

Appellants, through counsel, move to (1) remove the appeal from the Expedited Appeals Calendar and set September 3, 2014, as the due date for Appellant's principal brief or, in the alternative, extend the due date for Appellant's principal brief until September 3, 2014 and (2) file an oversized brief containing no more than 20,000 words.

IT IS HEREBY ORDERED that the request to remove the appeal from the Expedited Appeals Calendar and set September 3, 2014, as the due date for Appellant's principal brief is GRANTED. The appeal is dismissed effective September 3, 2014, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). The request to file an oversized brief containing no more than 20,000 words will be addressed in a separate order.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

